# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-19-00372-CR

### Cameron Mitchell Moore, Appellant

### v.

### The State of Texas, Appellee

### FROM THE 428TH DISTRICT COURT OF HAYS COUNTY
### NO. CR-18-0166, THE HONORABLE WILLIAM R. HENRY, JUDGE PRESIDING

## ORDER FOR CLERK TO PROVIDE APPELLATE RECORD TO APPELLANT

**PER CURIAM**

Appellant's court-appointed counsel has filed a motion to withdraw supported by a brief concluding that the instant appeal is frivolous and without merit. *See Anders v. California*, 386 U.S. 738, 744 (1967). Appellant's counsel has certified to the Court that he provided copies of the motion and brief to appellant, advised appellant of his right to examine the appellate record and file a pro se response, and supplied appellant with a form motion for pro se access to the appellate record. *See Kelly v. State*, 436 S.W.3d 313, 319-20 (Tex. Crim. App. 2014). Appellant has timely filed the motion requesting access to the appellate record with this Court.

Before appellant filed his motion, in which he also requested a 60-day extension of time to file his brief, his appellate attorney informed this Court that appellant has been declared incompetent to stand trial in another proceeding. Counsel suggested that this Court abate the appeal in order to allow appellant the opportunity to exercise his rights under *Anders*

after his competency has been restored. The Court intends to abate the case for this reason and will set a new briefing schedule for filing the pro se brief if and when the case is reinstated. However, even though the case will be abated, the trial court nevertheless should now provide appellant with a copy of the reporter's record and clerk's record.

Accordingly, appellant's pro se motion is granted in part. **We hereby direct the clerk of the trial court** to provide a copy of the reporter's record and clerk's record to appellant, and to provide written verification to this Court of the date and manner in which the appellate record was provided, **on or before January 27, 2020.** *See id.* at 321.

It is ordered on January 16, 2020.

Before Chief Justice Rose, Justices Baker and Triana

Do Not Publish